**FILED**

10/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0418



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court No. DA 21-0418

IN RE THE MARRIAGE OF: )
)
JENNIFER L. RUSSUM, )
)
    Petitioner and Appellant, )
)
and )
)
MATTHEW S. WENDT, )
)
    Respondent and Appellee. )
_____ )

**ORDER GRANTING
UNCONTESTED MOTION FOR
EXTENSION OF TIME TO
FILE OPENING BRIEF**

Petitioner and Appellant, Jennifer L. Russum, has moved this Court, pursuant to Mont. R. App. P. 26, for a 30-day extension, from October 29, 2021, up to and including November 29, 2021, in which to file her opening brief in this matter. Respondent and Appellee does not oppose the motion.

IT IS HEREBY ORDERED that Petitioner and Appellant shall have up to and including November 29, 2021, to file her opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 26 2021